IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mack Jr, Joseph | Case Number: 04 B 27325 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 7/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 1, 2008
Confirmed: October 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,951.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 26,203.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,600.00 |
| Trustee Fee: |  | 1,541.25 |
| Other Funds: |  | 1,606.27 |
| Totals: | 30,951.00 | 30,951.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 1,600.00 | 1,600.00 |
| 2. | RoundUp Funding LLC | Unsecured | 1,411.54 | 1,411.54 |
| 3. | ECast Settlement Corp | Unsecured | 615.85 | 615.85 |
| 4. | Jefferson Capital | Unsecured | 2,771.58 | 2,771.58 |
| 5. | RoundUp Funding LLC | Unsecured | 1,215.15 | 1,215.15 |
| 6. | Resurgent Capital Services | Unsecured | 1,003.66 | 1,003.66 |
| 7. | Specialized Management Consultants | Unsecured | 651.00 | 651.00 |
| 8. | RoundUp Funding LLC | Unsecured | 2,928.34 | 2,928.34 |
| 9. | Premier Bankcard | Unsecured | 352.65 | 352.65 |
| 10. | Resurgent Capital Services | Unsecured | 2,333.71 | 2,333.71 |
| 11. | Resurgent Capital Services | Unsecured | 3,252.30 | 3,252.30 |
| 12. | Capital One | Unsecured | 2,159.82 | 2,159.82 |
| 13. | Resurgent Capital Services | Unsecured | 1,939.93 | 1,939.93 |
| 14. | Resurgent Capital Services | Unsecured | 396.05 | 396.05 |
| 15. | Jefferson Capital | Unsecured | 1,935.65 | 1,935.65 |
| 16. | NCI Portfolio Services | Unsecured | 3,864.61 | 0.00 |
| 17. | Capital One | Unsecured | 1,391.94 | 1,391.94 |
| 18. | Retailers National Bank | Unsecured | 906.35 | 906.35 |
| 19. | ECast Settlement Corp | Unsecured | 937.96 | 937.96 |
| 20. | Bank Of America | Unsecured |  | No Claim Filed |
| 21. | Vamco Credit Union | Unsecured |  | No Claim Filed |
| 22. | Citi Cards | Unsecured |  | No Claim Filed |
| 23. | Home Depot | Unsecured |  | No Claim Filed |
| 24. | MBNA America | Unsecured |  | No Claim Filed |
| 25. | Wal Mart Stores | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mack Jr, Joseph | Case Number: 04 B 27325 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 8/26/08 | Filed: 7/23/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Sams Club | Unsecured | | No Claim Filed |
| 27. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | $ 31,668.09 | $ 27,803.48 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 336.06 |
| 4% | 84.91 |
| 3% | 59.06 |
| 5.5% | 328.39 |
| 5% | 99.25 |
| 4.8% | 187.09 |
| 5.4% | 446.49 |
| | $ 1,541.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

